RECEIVED

OCT 2 4 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DARRYL RUFFIN<br>LA. DOC #165228<br>VS. | CIVIL ACTION NO. 6:14-cv-2302<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY |
| WARDEN RAY HANSON | MAGISTRATE JUDGE C. MICHAEL HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the District Courts.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24 day of October, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE